EXHIBIT 1

NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO CLOUDFLARE, INC. ON JULY 28, 2025

| | REPRESENTATIVE INFRINGING URL | WORK INFRINGED | WORK INFRINGED DIGITAL OBJECT IDENTIFIER (DOI) | RIGHTS OWNER |
|---|---|---|---|---|
| 1 | https://welib.org/md5/fe17a533380f8270262f92adcb43d2f9 | Basic Principles of Topography | 10.1007/978-3-319-72147-7 | Springer International Publishing AG |
| 2 | https://welib.org/md5/9b4c37a1a86083a0b5d15a53ea04e4f3 | International Handbook of Research in Statistics Education | 10.1007/978-3-319-66195-7 | Springer International Publishing AG |
| 3 | https://welib.org/md5/08a39135637fe43b8123d3461b72d46f | Structures and Algorithms. Mathematics and the Nature of Knowledge | 10.1007/978-3-319-72974-9 | Springer International Publishing AG |
| 4 | https://welib.org/md5/5f60574c3d81766225848f8b28f3841a | Machine Learning for Causal Inference | 10.1007/978-3-031-35051-1 | Springer Nature Switzerland AG |
| 5 | https://welib.org/md5/0cc19bcbaebd7ad809ba13baad7c1e05 | Revising Smart Cities with Regenerative Design | 10.1007/978-3-031-28028-3 | Springer Nature Switzerland AG |
| 6 | https://libgenesis.co/book/18314301 | Beginning SUSE Linux. From Novice to Professional | 10.1007/978-1-4302-0006-2 | Apress Media LLC (Springer Nature) |
| 7 | https://libgenesis.co/book/18392068 | Building REST APIs with Flask. Create Python Web Services with MySQL | 10.1007/978-1-4842-5022-8 | Apress Media LLC (Springer Nature) |
| 8 | https://libgenesis.co/book/15065633 | Foundations of Python Network Programming | 10.1007/978-1-4302-5855-1 | Apress Media LLC (Springer Nature) |
| 9 | https://libgenesis.co/book/14873417 | The Definitive Guide to ImageMagick | 10.1007/978-1-4302-0112-0 | Apress Media LLC (Springer Nature) |
| 10 | https://libgenesis.co/book/18385598 | Pro CDI 2 in Java EE 8. An In-Depth Guide to Context and Dependency Injection | 10.1007/978-1-4842-4363-3 | Apress Media LLC (Springer Nature) |
| 11 | https://pdffree.store/book/3421409/f34411/basic-principles-of-topography | Basic Principles of Topography | 10.1007/978-3-319-72147-7 | Springer International Publishing AG |
| 12 | https://pdffree.store/book/3420788/87b7bd/international-handbook-of-research-in-statistics-education.html | International Handbook of Research in Statistics Education | 10.1007/978-3-319-66195-7 | Springer International Publishing AG |
| 13 | https://pdffree.store/book/3493465/c5d365/structures-and-algorithms-mathematics-and-the-nature-of-knowledge.html | Structures and Algorithms. Mathematics and the Nature of Knowledge | 10.1007/978-3-319-72974-9 | Springer International Publishing AG |
| 14 | https://pdffree.store/book/26930075/ce8a15/machine-learning-for-causal-inference.html | Machine Learning for Causal Inference | 10.1007/978-3-031-35051-1 | Springer Nature Switzerland AG |
| 15 | https://pdffree.store/book/24739578/fa3f32/revising-smart-cities-with-regenerative-design.html | Revising Smart Cities with Regenerative Design | 10.1007/978-3-031-28028-3 | Springer Nature Switzerland AG |
| 16 | https://dl4all.org/ebooks/197294-basic-principles-of-topography.html | Basic Principles of Topography | 10.1007/978-3-319-72147-7 | Springer International Publishing AG |
| 17 | https://dl4all.org/ebooks/582637-the-physics-of-planet-earth-and-its-natural-wonders.html | The Physics of Planet Earth and Its Natural Wonders | 10.1007/978-3-031-33426-9 | Springer Nature Switzerland AG |

**EXHIBIT 1**

NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO CLOUDFLARE, INC. ON JULY 28, 2025

| | REPRESENTATIVE INFRINGING URL | WORK INFRINGED | WORK INFRINGED DIGITAL OBJECT IDENTIFIER (DOI) | RIGHTS OWNER |
|---|---|---|---|---|
| 18 | https://dl4all.org/ebooks/726053-sustainable-innovation-in-food-product-design.html | Sustainable Innovation in Food Product Design | 10.1007/978-3-030-61817-9 | Springer Nature Switzerland AG |
| 19 | https://dl4all.org/ebooks/723871-machine-learning-for-causal-inference.html | Machine Learning for Causal Inference | 10.1007/978-3-031-35051-1 | Springer Nature Switzerland AG |
| 20 | https://dl4all.org/ebooks/271843-patterns-identification-and-data-mining-in-weather-and-climate-springer-atmospheric-sciences.html | Patterns Identification and Data Mining in Weather and Climate | 10.1007/978-3-030-67073-3 | Springer Nature Switzerland AG |
| 21 | https://www.letmeread.net/the-physics-of-planet-earth-and-its-natural-wonders/ | The Physics of Planet Earth and Its Natural Wonders | 10.1007/978-3-031-33426-9 | Springer Nature Switzerland AG |
| 22 | https://www.letmeread.net/innovative-solutions-for-sustainable-supply-chains/ | Innovative Solutions for Sustainable Supply Chains | 10.1007/978-3-319-94322-0 | Springer International Publishing AG |
| 23 | https://www.letmeread.net/patterns-identification-and-data-mining-in-weather-and-climate/ | Patterns Identification and Data Mining in Weather and Climate | 10.1007/978-3-030-67073-3 | Springer Nature Switzerland AG |
| 24 | https://www.letmeread.net/fundamentals-of-real-and-complex-analysis/ | Fundamentals of Real and Complex Analysis | 10.1007/978-3-031-54831-4 | Springer Nature Switzerland AG |
| 25 | https://www.letmeread.net/analysis-of-large-and-complex-data/ | Analysis of Large and Complex Data | 10.1007/978-3-319-25226-1 | Springer International Publishing Switzerland |
| 26 | https://zlib.pub/book/the-geometry-of-uncertainty-the-geometry-of-imprecise-probabilities-3i02h17kusig | The Geometry of Uncertainty. The Geometry of Imprecise Probabilities | 10.1007/978-3-030-63153-6 | Springer Nature Switzerland AG |
| 27 | https://zlib.pub/book/practical-astrodynamics-springer-aerospace-technology-5sak7319fbe0 | Practical Astrodynamics | 10.1007/978-3-319-62220-0 | Springer International Publishing AG |
| 28 | https://zlib.pub/book/principles-of-complex-analysis-24ndfo505ang | Principles of Complex Analysis | 10.1007/978-3-030-59365-0 | Springer Nature Switzerland AG |
| 29 | https://zlib.pub/book/large-scale-data-analytics-21eqbjesd5fg | Large Scale Data Analytics | 10.1007/978-3-030-03892-2 | Springer Nature Switzerland AG |
| 30 | https://zlib.pub/book/complex-analysis-1k9lfoikemko | Complex Analysis | 10.1007/978-1-4419-7288-0 | Springer Science+Business Media, LLC |
| 31 | https://worldwideebook.com/product/excel-data-analysis-modeling-and-simulation-2nd-edition-isbn-13-978-3030012786/ | Excel Data Analysis. Modeling and Simulation | 10.1007/978-3-030-01279-3 | Springer Nature Switzerland AG |
| 32 | https://worldwideebook.com/product/understanding-analysis-2nd-edition-by-stephen-abbott-isbn-13-978-1493927111/ | Understanding Analysis | 10.1007/978-1-4939-2712-8 | Springer Science+Business Media, LLC |
| 33 | https://worldwideebook.com/product/teaching-mindfulness-a-practical-guide-for-clinicians-and-educators-donald-mccown-isbn-13-978-1461402404/ | Teaching Mindfulness. A Practical Guide for Clinicians and Educators | 10.1007/978-0-387-09484-7 | Springer-Verlag New York |
| 34 | https://worldwideebook.com/product/big-data-and-visual-analytics-2017-edition-isbn-13-978-3319639154/ | Big Data and Visual Analytics | 10.1007/978-3-319-63917-8 | Springer International Publishing AG |
| 35 | https://worldwideebook.com/product/an-introduction-to-machine-learning-2nd-edition-by-miroslav-kubat-isbn-13-978-3319639123/ | An Introduction to Machine Learning | 10.1007/978-3-319-63913-0 | Springer International Publishing AG |

EXHIBIT 1
NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO CLOUDFLARE, INC. ON JULY 28, 2025

| | REPRESENTATIVE INFRINGING URL | WORK INFRINGED | WORK INFRINGED DIGITAL OBJECT IDENTIFIER (DOI) | RIGHTS OWNER |
|---|---|---|---|---|
| 36 | https://epdf.tips/introduction-to-stellar-structure.html | Introduction to Stellar Structure | 10.1007/978-3-319-16142-6 | Springer Nature Switzerland AG |
| 37 | https://epdf.tips/blocks-of-finite-groups-and-their-invariants.html | Blocks of Finite Groups and Their Invariants | 10.1007/978-3-319-12006-5 | Springer International Publishing Switzerland |
| 38 | https://epdf.tips/methods-of-solving-complex-geometry-problems.html | Methods of Solving Complex Geometry Problems | 10.1007/978-3-319-00705-2 | Springer International Publishing Switzerland |
| 39 | https://epdf.tips/space-time-algebra-2nd-edition.html | Space-Time Algebra | 10.1007/978-3-319-18413-5 | Springer International Publishing Switzerland |
| 40 | https://epdf.tips/introduction-to-noncommutative-algebra.html | Introduction to Noncommutative Algebra | 10.1007/978-3-319-08693-4 | Springer International Publishing Switzerland |
| 41 | https://www.limetorrents.lol/A-First-Course-in-Differential-Equations-Springer-International-Publishing-(2015)-torrent-8718248.html | A First Course in Differential Equations | 10.1007/978-3-319-17852-3 | Springer Nature Switzerland AG |
| 42 | https://www.limetorrents.lol/A-Course-in-Point-Set-Topology-Springer-International-Publishing-(2014)-torrent-8718274.html | A Course in Point Set Topology | 10.1007/978-3-319-02368-7 | Springer International Publishing Switzerland |
| 43 | https://www.limetorrents.lol/A-Man-From-Planet-Earth%20-A-Scientific-Novel-Springer-International-Publishing-(2016)-torrent-8751653.html | A Man From Planet Earth. A Scientific Novel | 10.1007/978-3-319-21115-2 | Springer International Publishing Switzerland |
| 44 | https://www.limetorrents.lol/Robert-A-Beeler-(auth-)-How-to-Count%20-An-Introduction-to-Combinatorics-and-Its-Applications-Springer-International-Publishing-(2015)-pdf-torrent-8786395.html | How to Count. An Introduction to Combinatorics and Its Applications | 10.1007/978-3-319-13844-2 | Springer International Publishing Switzerland |
| 45 | https://www.limetorrents.lol/Proofs-and-Fundamentals%20-A-First-Course-in-Abstract-Mathematics-Springer-Verlag-New-York-(2011)-torrent-8717514.html | Proofs and Fundamentals. A First Course in Abstract Mathematics | 10.1007/978-1-4419-7127-2 | Springer Science+Business Media, LLC |
| 46 | https://sci-hub.vkif.top/10.1080/09273948.2021.1954200 | Retinal microvascular alterations in patients with quiescent posterior and panuveitis using optical coherence tomography angiography | 10.1080/09273948.2021.19 54200 | Taylor & Francis Group, LLC |
| 47 | https://sci-hub.vkif.top/10.1080/21645515.2021.1924018 | "This choice does not just affect me." Attitudes of pregnant women toward COVID-19 vaccines. A mixed-methods study. | 10.1080/21645515.2021.19 24018 | Taylor & Francis Group, LLC |
| 48 | https://sci-hub.vkif.top/10.1080/23294515.2020.1825139 | How biomedical citizen scientists define what they do: It's all in the name | 10.1080/23294515.2020.18 25139 | Taylor & Francis Group, LLC |
| 49 | https://sci-hub.vkif.top/10.1080/15265161.2019.1619880 | Biomedical Citizen Science or Something Else? Reflections on Terms and Definitions | 10.1080/15265161.2019.16 19880 | Taylor & Francis Group, LLC |

EXHIBIT 1
NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO CLOUDFLARE, INC. ON JULY 28, 2025

| | REPRESENTATIVE INFRINGING URL | WORK INFRINGED | WORK INFRINGED DIGITAL OBJECT IDENTIFIER (DOI) | RIGHTS OWNER |
|---|---|---|---|---|
| 50 | https://sci-hub.vkif.top/10.1080/1533015X.2019.1593264 | When appreciative inquiry guides action research: Collaborating to improve waste sorting | 10.1080/1533015X.2019.1593264 | Taylor & Francis Group, LLC |
| 51 | https://sci-hub.vkif.top/10.1080/07481187.2019.1586797 | Variations in grief, anxiety, depression and health among family caregivers before and after the death of a close person in the context of palliative home care | 10.1080/07481187.2019.1586797 | Taylor & Francis Group, LLC |
| 52 | https://sci-hub.vkif.top/10.1080/19440049.2019.1626998 | Increased urinary excretion of aluminium after ingestion of the food additive sodium aluminium phosphate (SALP) – a study on healthy volunteers | 10.1080/19440049.2019.1626998 | Taylor & Francis Group, LLC |
| 53 | https://sci-hub.vkif.top/10.1080/07474946.2015.1063256 | Geometric Classifier for Multiclass, High-Dimensional Data | 10.1080/07474946.2015.1063256 | Taylor & Francis Group, LLC |
| 54 | https://sci-hub.vkif.top/10.1080/23322705.2021.1885005 | Refugee Trafficking in a Carceral Age: A Case Study of the Sinai Trafficking | 10.1080/23322705.2021.1885005 | Taylor & Francis Group, LLC |
| 55 | https://sci-hub.vkif.top/10.1080/10481885.2018.1506225 | Somatic Experiencing: In the Realms of Trauma and Dissociation – What We Can Do, When What We Do, is Really Not Good Enough | 10.1080/10481885.2018.1506225 | Taylor & Francis Group, LLC |
| 56 | https://sci-hub.vkif.top/10.1080/09546553.2017.1393416 | Between the Bombs: Exploring Partial Ceasefires in the Syrian Civil War, 2011–2017 | 10.1080/09546553.2017.1393416 | Taylor & Francis Group, LLC |
| 57 | https://sci-hub.vkif.top/10.1080/15332845.2020.1737766 | Psychological empowerment and organizational commitment among employees in the lodging industry | 10.1080/15332845.2020.1737766 | Taylor & Francis Group, LLC |
| 58 | https://ebookmass.com/product/the-palgrave-handbook-of-environmental-labour-studies-1st-edition-nora-rathzel-editor/ | The Palgrave Handbook of Environmental Labour Studies | 10.1007/978-3-030-71909-8 | Springer Nature Switzerland AG |
| 59 | https://ebookmass.com/product/the-palgrave-handbook-of-minority-entrepreneurship-1st-edition-edition-thomas-m-cooney/ | The Palgrave Handbook of Minority Entrepreneurship | 10.1007/978-3-030-66603-3 | Springer Nature Switzerland AG |
| 60 | https://ebookmass.com/product/the-palgrave-encyclopedia-of-the-possible-1st-edition-vlad-petre-glaveanu/ | The Palgrave Encyclopedia of the Possible | 10.1007/978-3-030-90913-0 | Springer Nature Switzerland AG |
| 61 | https://ebookmass.com/product/the-palgrave-handbook-of-workplace-innovation-1st-edition-edition-adela-mcmurray/ | The Palgrave Handbook of Workplace Innovation | 10.1007/978-3-030-59916-4 | Springer Nature Switzerland AG |
| 62 | https://ebookmass.com/product/the-palgrave-handbook-of-animals-and-literature-susan-mchugh/ | The Palgrave Handbook of Animals and Literature | 10.1007/978-3-030-39773-9 | Springer Nature Switzerland AG |

**EXHIBIT 1**

NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO CLOUDFLARE, INC. ON JULY 28, 2025

| | REPRESENTATIVE INFRINGING URL | WORK INFRINGED | WORK INFRINGED DIGITAL OBJECT IDENTIFIER (DOI) | RIGHTS OWNER |
|---|---|---|---|---|
| 63 | https://libgen.la/edition.php?id=139733331 | In Situ SERS Monitoring of the Plasmon-Driven Catalytic Reaction by Using Single Ag@Au Nanowires as Substrates | 10.1021/acs.analchem.1c01926 | American Chemical Society |
| 64 | https://libgen.la/edition.php?id=139733808 | Electrochemical Degradation of a Dicationic Rhenium Complex via Hoffman-Type Elimination | 10.1021/acs.inorgchem.1c01427 | American Chemical Society |
| 65 | https://libgen.la/edition.php?id=139734183 | Sequential Norrish–Yang Cyclization and C–C Cleavage/Cross-Coupling of a [4.1.0] Fused Saturated Azacycle | 10.1021/acs.joc.1c01466 | American Chemical Society |
| 66 | https://libgen.la/edition.php?id=139734228 | Comparison of RNC Coupling and CO Coupling Mediated by Cr–Cr Quintuple Bond and B–B Multiple Bonds: Main Group Metallomimetics | 10.1021/acs.jpca.1c05185 | American Chemical Society |
| 67 | https://libgen.la/edition.php?id=139736075 | Diffractive Imaging of Conical Intersections Amplified by Resonant Infrared Fields | 10.1021/jacs.1c06068 | American Chemical Society |
| 68 | https://libgen.gl/edition.php?id=139733331 | In Situ SERS Monitoring of the Plasmon-Driven Catalytic Reaction by Using Single Ag@Au Nanowires as Substrates | 10.1021/acs.analchem.1c01926 | American Chemical Society |
| 69 | https://libgen.gl/edition.php?id=139733808 | Electrochemical Degradation of a Dicationic Rhenium Complex via Hoffman-Type Elimination | 10.1021/acs.inorgchem.1c01427 | American Chemical Society |
| 70 | https://libgen.gl/edition.php?id=139734183 | Sequential Norrish–Yang Cyclization and C–C Cleavage/Cross-Coupling of a [4.1.0] Fused Saturated Azacycle | 10.1021/acs.joc.1c01466 | American Chemical Society |
| 71 | https://libgen.gl/edition.php?id=139734228 | Comparison of RNC Coupling and CO Coupling Mediated by Cr–Cr Quintuple Bond and B–B Multiple Bonds: Main Group Metallomimetics | 10.1021/acs.jpca.1c05185 | American Chemical Society |
| 72 | https://libgen.gl/edition.php?id=139736075 | Diffractive Imaging of Conical Intersections Amplified by Resonant Infrared Fields | 10.1021/jacs.1c06068 | American Chemical Society |

**EXHIBIT 1**

NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO CLOUDFLARE, INC. ON JULY 28, 2025

| | REPRESENTATIVE INFRINGING URL | WORK INFRINGED | WORK INFRINGED DIGITAL OBJECT IDENTIFIER (DOI) | RIGHTS OWNER |
|---|---|---|---|---|
| 73 | https://annas-archive.org/md5/fe17a533380f8270262f92adcb43d2f9 | Basic Principles of Topography | 10.1007/978-3-319-72147-7 | Springer International Publishing AG |
| 74 | https://annas-archive.org/md5/9b4c37a1a86083a0b5d15a53ea04e4f3 | International Handbook of Research in Statistics Education | 10.1007/978-3-319-66195-7 | Springer International Publishing AG |
| 75 | https://annas-archive.org/md5/08a39135637fe43b8123d3461b72d46f | Structures and Algorithms. Mathematics and the Nature of Knowledge | 10.1007/978-3-319-72974-9 | Springer International Publishing AG |
| 76 | https://annas-archive.org/md5/5f60574c3d81766225848f8b28f3841a | Machine Learning for Causal Inference | 10.1007/978-3-031-35051-1 | Springer Nature Switzerland AG |
| 77 | https://annas-archive.org/md5/0cc19bcbaebd7ad809ba13baad7c1e05 | Revising Smart Cities with Regenerative Design | 10.1007/978-3-031-28028-3 | Springer Nature Switzerland AG |
| 78 | https://annas-archive.se/md5/fe17a533380f8270262f92adcb43d2f9 | Basic Principles of Topography | 10.1007/978-3-319-72147-7 | Springer International Publishing AG |
| 79 | https://annas-archive.se/md5/9b4c37a1a86083a0b5d15a53ea04e4f3 | International Handbook of Research in Statistics Education | 10.1007/978-3-319-66195-7 | Springer International Publishing AG |
| 80 | https://annas-archive.se/md5/08a39135637fe43b8123d3461b72d46f | Structures and Algorithms. Mathematics and the Nature of Knowledge | 10.1007/978-3-319-72974-9 | Springer International Publishing AG |
| 81 | https://annas-archive.se/md5/5f60574c3d81766225848f8b28f3841a | Machine Learning for Causal Inference | 10.1007/978-3-031-35051-1 | Springer Nature Switzerland AG |
| 82 | https://annas-archive.se/md5/0cc19bcbaebd7ad809ba13baad7c1e05 | Revising Smart Cities with Regenerative Design | 10.1007/978-3-031-28028-3 | Springer Nature Switzerland AG |
| 83 | pilimi.org which redirects to https://annas-archive.org/datasets | Revising Smart Cities with Regenerative Design | 10.1007/978-3-031-28028-3 | Springer Nature Switzerland AG |
| 84 | open-slum.org which redirects to https://annas-archive.org | Revising Smart Cities with Regenerative Design | 10.1007/978-3-031-28028-3 | Springer Nature Switzerland AG |
| 85 | https://1lib.sk/book/117445432/c8ee50/programming-massively-parallel-processors.html | Programming Massively Parallel Processors | 10.1016/C2020-0-02969-5 | Elsevier Inc. |
| 86 | https://1lib.sk/book/2367564/ae8472/curves-and-surfaces-for-computeraided-geometric-design-a-practical-guide.html | Curves and Surfaces for Computer-Aided Geometric Design. A Practical Guide | 10.1016/C2009-0-22351-8 | Elsevier Inc. |
| 87 | https://1lib.sk/book/562626/9f8708/computer-aided-molecular-design-theory-and-practice.html | Computer Aided Molecular Design: Theory and Practice | N/A | Elsevier B.V. |
| 88 | https://1lib.sk/book/961976/4ae89c/computational-models-for-the-human-body-special-volume-xii-handbook-of-numerical-analysis.html | Computational Models for the Human Body | N/A | Elsevier B.V. |
| 89 | https://1lib.sk/book/22093815/ebdf11/core-procedures-in-plastic-surgery.html | Core Procedures in Plastic Surgery | N/A | Elsevier Inc. |

EXHIBIT 1

NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO CLOUDFLARE, INC. ON JULY 28, 2025

| | REPRESENTATIVE INFRINGING URL | WORK INFRINGED | WORK INFRINGED DIGITAL OBJECT IDENTIFIER (DOI) | RIGHTS OWNER |
|---|---|---|---|---|
| 90 | https://101ml.fi/book/117445432/c8ee50/programming-massively-parallel-processors.html | Programming Massively Parallel Processors | 10.1016/C2020-0-02969-5 | Elsevier Inc. |
| 91 | https://101ml.fi/book/2367564/ae8472/curves-and-surfaces-for-computeraided-geometric-design-a-practical-guide.html | Curves and Surfaces for Computer-Aided Geometric Design. A Practical Guide | 10.1016/C2009-0-22351-8 | Elsevier Inc. |
| 92 | https://101ml.fi/book/562626/9f8708/computer-aided-molecular-design-theory-and-practice.html | Computer Aided Molecular Design: Theory and Practice | N/A | Elsevier B.V. |
| 93 | https://101ml.fi/book/961976/4ae89c/computational-models-for-the-human-body-special-volume-xii-handbook-of-numerical-analysis.html | Computational Models for the Human Body | N/A | Elsevier B.V. |
| 94 | https://101ml.fi/book/22093815/ebdf11/core-procedures-in-plastic-surgery.html | Core Procedures in Plastic Surgery | N/A | Elsevier Inc. |
| 95 | https://z-lib.gd/book/117445432/c8ee50/programming-massively-parallel-processors.html | Programming Massively Parallel Processors | 10.1016/C2020-0-02969-5 | Elsevier Inc. |
| 96 | https://z-lib.gd/book/2367564/ae8472/curves-and-surfaces-for-computeraided-geometric-design-a-practical-guide.html | Curves and Surfaces for Computer-Aided Geometric Design. A Practical Guide | 10.1016/C2009-0-22351-8 | Elsevier Inc. |
| 97 | https://z-lib.gd/book/562626/9f8708/computer-aided-molecular-design-theory-and-practice.html | Computer Aided Molecular Design: Theory and Practice | N/A | Elsevier B.V. |
| 98 | https://z-lib.gd/book/961976/4ae89c/computational-models-for-the-human-body-special-volume-xii-handbook-of-numerical-analysis.html | Computational Models for the Human Body | N/A | Elsevier B.V. |
| 99 | https://z-lib.gd/book/22093815/ebdf11/core-procedures-in-plastic-surgery.html | Core Procedures in Plastic Surgery | N/A | Elsevier Inc. |
| 100 | https://z-lib.fm/book/18059758/08dba6/foundations-of-maternalnewborn-and-womens-health-nursing-sharon-smith-murray-emily-mckinney-kare.html | Foundations of Maternal-Newborn and Women's Health Nursing | N/A | Elsevier Inc. |
| 101 | https://z-lib.fm/book/2368955/e2ed75/machine-learning-proceedings-1993-proceedings-of-the-tenth-international-conference-university-of.html | Machine Learning Proceedings 1993 | 10.1016/C2009-0-27798-1 | Elsevier Inc. |
| 102 | https://z-lib.fm/book/2367564/ae8472/curves-and-surfaces-for-computeraided-geometric-design-a-practical-guide.html | Curves and Surfaces for Computer-Aided Geometric Design. A Practical Guide | 10.1016/C2009-0-22351-8 | Elsevier Inc. |
| 103 | https://z-lib.fm/book/2649977/6b20a2/treatment-planning-for-personcentered-care-the-road-to-mental-health-and-addiction-recovery-map.html | Treatment Planning for Person-Centered Care | 10.1016/B978-0-12-044155-6.X5000-4 | Elsevier Inc. |
| 104 | https://z-lib.fm/book/2367752/607e84/environmental-noise-pollution-noise-mapping-public-health-and-policy.html | Environmental Noise Pollution | 10.1016/C2012-0-13587-0 | Elsevier Inc. |

**EXHIBIT 1**

NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO CLOUDFLARE, INC. ON JULY 28, 2025

| | REPRESENTATIVE INFRINGING URL | WORK INFRINGED | WORK INFRINGED DIGITAL OBJECT IDENTIFIER (DOI) | RIGHTS OWNER |
|---|---|---|---|---|
| 105 | https://z-lib.fo/book/18059758/08dba6/foundations-of-maternalnewborn-and-womens-health-nursing-sharon-smith-murray-emily-mckinney-kare.html | Foundations of Maternal-Newborn and Women's Health Nursing | N/A | Elsevier Inc. |
| 106 | https://z-lib.fo/book/2368955/e2ed75/machine-learning-proceedings-1993-proceedings-of-the-tenth-international-conference-university-of.html | Machine Learning Proceedings 1993 | 10.1016/C2009-0-27798-1 | Elsevier Inc. |
| 107 | https://z-lib.fo/book/2367564/ae8472/curves-and-surfaces-for-computeraided-geometric-design-a-practical-guide.html | Curves and Surfaces for Computer-Aided Geometric Design. A Practical Guide | 10.1016/C2009-0-22351-8 | Elsevier Inc. |
| 108 | https://z-lib.fo/book/2649977/6b20a2/treatment-planning-for-personcentered-care-the-road-to-mental-health-and-addiction-recovery-map.html | Treatment Planning for Person-Centered Care | 10.1016/B978-0-12-044155-6.X5000-4 | Elsevier Inc. |
| 109 | https://z-lib.fo/book/2367752/607e84/environmental-noise-pollution-noise-mapping-public-health-and-policy.html | Environmental Noise Pollution | 10.1016/C2012-0-13587-0 | Elsevier Inc. |
| 110 | https://z-lib.gl/book/18059758/08dba6/foundations-of-maternalnewborn-and-womens-health-nursing-sharon-smith-murray-emily-mckinney-kare.html | Foundations of Maternal-Newborn and Women's Health Nursing | N/A | Elsevier Inc. |
| 111 | https://z-lib.gl/book/2368955/e2ed75/machine-learning-proceedings-1993-proceedings-of-the-tenth-international-conference-university-of.html | Machine Learning Proceedings 1993 | 10.1016/C2009-0-27798-1 | Elsevier Inc. |
| 112 | https://z-lib.gl/book/2367564/ae8472/curves-and-surfaces-for-computeraided-geometric-design-a-practical-guide.html | Curves and Surfaces for Computer-Aided Geometric Design. A Practical Guide | 10.1016/C2009-0-22351-8 | Elsevier Inc. |
| 113 | https://z-lib.gl/book/2649977/6b20a2/treatment-planning-for-personcentered-care-the-road-to-mental-health-and-addiction-recovery-map.html | Treatment Planning for Person-Centered Care | 10.1016/B978-0-12-044155-6.X5000-4 | Elsevier Inc. |
| 114 | https://z-lib.gl/book/2367752/607e84/environmental-noise-pollution-noise-mapping-public-health-and-policy.html | Environmental Noise Pollution | 10.1016/C2012-0-13587-0 | Elsevier Inc. |
| 115 | https://ebopdf.com/product/hypervalent-iodine-chemistry-2016-edition-by-thomas-wirth-isbn-13-978-3319337319/ | Hypervalent Iodine Chemistry | 10.1007/978-3-319-33733-3 | Springer International Publishing Switzerland |
| 116 | https://ebopdf.com/product/understanding-analysis-2nd-edition-by-stephen-abbott-isbn-13-978-1493927111/ | Understanding Analysis | 10.1007/978-1-4939-2712-8 | Springer Science+Business Media, LLC |
| 117 | https://ebopdf.com/product/teaching-mindfulness-a-practical-guide-for-clinicians-and-educators-by-donald-mccown-isbn-13-978-1461402404/ | Teaching Mindfulness. A Practical Guide for Clinicians and Educators | 10.1007/978-0-387-09484-7 | Springer-Verlag New York |
| 118 | https://ebopdf.com/product/big-data-and-visual-analytics-2017-edition-isbn-13-978-3319639154/ | Big Data and Visual Analytics | 10.1007/978-3-319-63917-8 | Springer International Publishing AG |

EXHIBIT 1
NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO CLOUDFLARE, INC. ON JULY 28, 2025

| | REPRESENTATIVE INFRINGING URL | WORK INFRINGED | WORK INFRINGED DIGITAL OBJECT IDENTIFIER (DOI) | RIGHTS OWNER |
|---|---|---|---|---|
| 119 | https://ebopdf.com/product/an-introduction-to-machine-learning-2nd-edition-by-miroslav-kubat-isbn-13-978-3319639123/ | An Introduction to Machine Learning | 10.1007/978-3-319-63913-0 | Springer International Publishing AG |
| 120 | https://collegepdf.com/product/hypervalent-iodine-chemistry-2016-edition-by-thomas-wirth-isbn-13-978-3319337319/ | Hypervalent Iodine Chemistry | 10.1007/978-3-319-33733-3 | Springer International Publishing Switzerland |
| 121 | https://collegepdf.com/product/understanding-analysis-2nd-edition-by-stephen-abbott-isbn-13-978-1493927111/ | Understanding Analysis | 10.1007/978-1-4939-2712-8 | Springer Science+Business Media, LLC |
| 122 | https://collegepdf.com/product/teaching-mindfulness-a-practical-guide-for-clinicians-and-educators-by-donald-mccown-isbn-13-978-1461402404/ | Teaching Mindfulness. A Practical Guide for Clinicians and Educators | 10.1007/978-0-387-09484-7 | Springer-Verlag New York |
| 123 | https://collegepdf.com/product/big-data-and-visual-analytics-2017-edition-isbn-13-978-3319639154/ | Big Data and Visual Analytics | 10.1007/978-3-319-63917-8 | Springer International Publishing AG |
| 124 | https://collegepdf.com/product/an-introduction-to-machine-learning-2nd-edition-by-miroslav-kubat-isbn-13-978-3319639123/ | An Introduction to Machine Learning | 10.1007/978-3-319-63913-0 | Springer International Publishing AG |